**JOSEPH CAMPAU** *versus* **ELIZABETH WILLIAMS.**

JOURNAL ENTRIES (1825–27): *Journal 4:* (1) Reference *p. 21; (2) rule of reference continued *p. 97; (3) continued *p. 140; (4) award confirmed, rule for judgment *p. 155.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) declaration; (4) demand for bill of particulars; (5) plea of non assumpsit; (6) agreement for reference, award of referees; (7) subpoena; (8) motion for confirmation of award; (9–12) statements of account.

*1822–23 Calendar*, MS p. 130. Recorded in *Book C*, MS pp. 103–7.

**BANK OF MICHIGAN** *versus* **JAMES McCLOSKEY.**

JOURNAL ENTRIES (1825–28): *Journal 4:* (1) Rule to bring body of defendant *p. 21; (2) defendant brought into court *p. 40; (3) motion for default judgment *p. 98; (4) motion for judgment overruled, time to plead *p. 101; (5) motion for rejoinder *p. 111; (6) motion to rescind order removing default and giving time to plead *p. 120; (7) commission to take depositions ordered issued *p. 124; (8) rejoinder, demurrer, and joinder withdrawn *p. 138; (9) jury impaneled *p. 146; (10) testimony examined *p. 147; (11) testimony examined *p. 148; (12) jury charged, attendance of witnesses proved *p. 149; (13) verdict *p. 150; (14) rule for filing motions in arrest and for new trial enlarged *p. 152; (15) continued *p. 190; (16) motion by attorney to withdraw from case, judgment *p. 234.

PAPERS IN FILE: (1) Precipe for capias, affidavit for bail, order for bail; (2) capias and return; (3) recognizance of special bail; (4) exception to bail; (5) motion for rule to bring body; (6–8) recognizances of special bail; (9) declaration; (10) affidavit re materiality of witnesses; (11) motion for judgment for want of plea; (12) affidavit in opposition to motion for default; (13) oyer and plea of performance generally; (14) replication and assignment of breaches; (15) motion to rescind order removing default, etc.; (16) rejoinder; (17) demurrer to rejoinder, joinder in demurrer; (18) motion for commission to take depositions; (19) waiver of notice of time of taking depositions; (20) commission to take depositions, depositions of Jacob Anthony and John Oscar Fox; (21) precipe for subpoena; (22–23) subpoenas; (24) notice to produce books, etc.; (25–26) subpoenas; (27) verdict; (28) motion for enlargement of time for moving

in arrest and for a new trial; (29) motion for new trial; (30) motion in arrest.

*1824–36 Calendar*, MS p. 84. Recorded in *Book C*, MS pp. 187–94.

**THOMAS JOHN** *versus* **GIDEON J. LEET.**

JOURNAL ENTRIES (1825–28): *Journal 4:* (1) Rule to assign errors *p. 23; (2) proceedings stayed until determination of suit in chancery *p. 47; (3) continued *p. 99; (4) continued *p. 136; (5) continued *p. 190.

PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) writ of certiorari and return; (3) motion for rule to assign errors; (4) assignment of errors; (5) joinder in error; (6) draft of order staying proceedings.

*1824–36 Calendar*, MS p. 79.